NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAYTRELL SIMS. Individually

Plaintiff(s),

v.

COUNTY OF LOS ANGELES; MICHAEL CORA; and DOES 1 through 10, Inclusive

Defendant(s)

CASE NUMBER:

2:25-cv-12022

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jaytrell Sims | Plaintiff |
| County of Los Angeles | Defendant |
| Michael Cora | Defendant |
| Does 1 through 10, Inclusive | Defendant |

December 19, 2025
Date

/s/  Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff