**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTRELL SIMS, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MICHAEL CORA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12022-SRM (SKx)<br><br>*Hon. Serena R. Murrillo*<br>*Hon. Mag. Steve Kim*<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO MICHAEL CORA** |

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO MICHAEL CORA

**TO THIS HONORABLE COURT:**

Plaintiff, by and through his counsel, submits the following response to the Court's Order to Show Cause re Dismissal for Lack of Prosecution as to Michael Cora, dated April 26, 2026. [Dkt. 21.]

Plaintiff's initial complaint in this action was filed on December 19, 2025, and named the County of Los Angeles, Michael Cora and Does 1-10 as defendants [Dkt. 1]. The Parties' counsel met and conferred on March 12, 2026, where counsel for Plaintiff learned that the true and correct name of the involved deputy is Michael Jeffrey Carrillo. Due to the misidentification, Michael Jeffrey Carrillo has not yet been served. Plaintiff's counsel has since been working cooperatively with counsel for Defendant County of Los Angeles to amend the Complaint and arrange and effectuate service of Deputy Carrillo.

Plaintiff has acted diligently upon learning of the error and respectfully submits that good cause exists under Rule 4(m) to extend the time for service. Plaintiff respectfully requests that the Court discharge the Order to Show Cause and grant Plaintiff 30 days to file the amended complaint and effect service on the correctly named defendant. Plaintiff promises to continue to pursue his claims with due diligence and apologizes to the Court for the delay in service and appreciates the Court's consideration.

Respectfully submitted,

DATED: April 30, 2026                    **LAW OFFICES OF DALE K. GALIPO**


By:      _/s/ Dale K. Galipo_
          Dale K. Galipo
          Brendan A. Johnson
          *Attorneys for Plaintiff*

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO MICHAEL CORA