**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jaytrell Sims | CASE NUMBER |
| Plaintiff(s) | 2:25-cv-12022-SRM-SK |
| v. | |
| County of Los Angeles, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

County of Los Angeles ☐ Plaintiff ☒ Defendant ☐Other _____
*Name of Party*

☒ to substitute Angela M. Powell, Esq.,  of JONES MAYER _____ who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)☐  Pro Se

3777 N. Harbor Blvd. _____

Fullerton, CA 92835 _____    *Street Address*    amp@jones-mayer.com _____
*City, State, Zip*    *E-Mail Address*

714-446-1400 _____    714-446-1448 _____    191876 _____
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of  Thomas C. Hurrell, Jeremy Hernandez Lum Tong, and Blessing
*List **all** attorneys from same firm or agency who are withdrawing.*

O. Ekpezu

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of Thomas C. Hurrell, Jeremy Hernandez Lum Tong, and Blessing
*List **all** attorneys from same firm or agency who are withdrawing.*

O. Ekpezu

to withdraw as attorney of record for Defendant County of Los Angeles

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____    _____
U. S. District Judge/U.S. Magistrate Judge