**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTRELL SIMS, individually<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MICHAEL CORA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12022-SRM (SKx)<br><br>**STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME DEFENDANT MICHAEL JEFFREY CARRILLO IN PLACE OF MICHAEL CORA**<br><br>[*Proposed Order* filed concurrently herewith] |

1

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff JAYTRELL SIMS, and Defendants COUNTY OF LOS ANGELES ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed his Complaint on December 19, 2025. [Dkt. 1.] At the time of the filing of their Complaint, Plaintiff genuinely believed the name of the County of Los Angeles Sheriff's Department employee who is alleged to have unlawfully used excessive force against Plaintiff and detained Plaintiff during the subject incident was Defendant MICHAEL CORA.

2. Subsequently, Plaintiff has discovered information that the pertinent County of Los Angeles Sheriff's Department employee who used force against Plaintiff and/or participated in the detention of Plaintiff during the incident giving rise to this lawsuit is Michael Jeffrey Carrillo.

3. The Parties agree that Plaintiff may file an amended complaint for the purpose of naming Michael Jeffrey Carrillo as an individual defendant, in lieu of the current erroneously named defendant "MICHAEL CORA," and identifying the alleged roles and responsibilities of this individual as regards the incident giving rise to this lawsuit.

4. A clean copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit A."

5. A redlined copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit B."

6. Counsel for Defendants COUNTY OF LOS ANGELES agrees to accept service of the First Amended Complaint on behalf of Defendants COUNTY OF LOS ANGELES.

7. The Parties agree that Plaintiff shall have 7 days to file his First Amended Complaint after the Court grants him leave, and that Defendants shall have 21 days after service thereof to file a responsive pleading.

STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME DEFENDANT
MICHAEL JEFFREY CARRILLO IN PLACE OF MICHAEL CORA

8.  No currently scheduled hearings or other deadlines will be affected by the granting of this stipulation or by the filing of a First Amended Complaint.

**IT IS SO STIPULATED**.

DATED: May 29, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:    */s/ Brendan A. Johnson*
       Dale K. Galipo
       Brendan A. Johnson[1]
       *Attorneys for Plaintiff*

DATED: May 29, 2026          **JONES MAYER**

By:    */s/ Angela M. Powell*
       Angela M. Powell
       Marina Samson
       *Attorneys for Defendants*

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME DEFENDANT MICHAEL JEFFREY CARRILLO IN PLACE OF MICHAEL CORA