# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTRELL SIMS, individually<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MICHAEL CORA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-12022-SRM (SKx)<br><br>**[PROPOSED ORDER] PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT TO NAME MICHAEL JEFFREY CARRILLO IN PLACE OF DEFENDANT MICHAEL CORA** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Parties' Stipulation to Allow Plaintiff to Name Defendant Michael Jeffrey Carrillo in place of Defendant Michael Cora, and finding good cause therein, it is hereby ordered as follows:

1. Plaintiff may file his First Amended Complaint for the purpose of naming Michael Jeffrey Carrillo as a defendant in place of Defendant Michael Cora, consistent with Plaintiff's Exhibits "A" and "B" to the Parties' Stipulation.

1

[PROPOSED] ORDER

2. Plaintiff shall have 7 days from the date of this Order to file his First Amended Complaint.

3. Counsel for Defendant County of Los Angeles shall accept service of the First Amended Complaint on behalf of the County of Los Angeles via this Court's CM/ECF system.

4. Defendants County of Los Angeles and Michael Jeffrey Carrillo shall have 21 days from the date of service to file their responsive pleadings to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

DATED: _____                    _____

Honorable Serena R. Murillo

United States District Judge

[PROPOSED] ORDER