UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTRELL SIMS,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES FIRE INSURANCE COMPANY, et al.<br><br>                    Defendants. | Case No. 2:25-cv-12022-SRM-SK<br><br><br>**ORDER GRANTING STIPULATION TO FILE A FIRST AMENDED COMPLAINT [27]** |

Before the Court is the parties' Joint Stipulation for leave for Plaintiff Jaytrell Sims ("Plaintiff Sims") to file a First Amended Complaint. Dkt. 27. The parties state that the amended complaint will add Michael Jeffrey Carrillo in place of the erroneously named defendant Michael Cora. *See id.* at 2.

Federal Rule of Civil Procedure 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave." *See* Fed. R. Civ. P. 15(a)(2). Here, Defendants provided written consent through their agreement in the stipulation. *See* Dkt. 27 at 3. Therefore, Plaintiff Sims may file a First Amended Complaint and must do so **on or before June 11, 2026**. As requested by the parties, Defendant County of Los Angeles shall accept service of the First Amended Complaint through the Court's CM/ECF system. *See* Dkt. 27 at 2. Defendants County of Los Angeles and Michael Jeffrey

-1-

Carrillo shall file a responsive pleading to Plaintiff's First Amended Complaint within 21 days of service. Accordingly, the parties' Joint Stipulation is **GRANTED**. Dkt. 18.

    **IT IS SO ORDERED.**

Dated: June 4, 2026

_____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE