# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTRELL SIMS<br><br>PLAINTIFF(S)<br><br>v.<br><br>COUNTY OF LOS ANGELES , et al.<br><br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25−cv−12022−SRM−SK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 06/05/2026 | 31 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

On the summons: To: (Defendants name and address) – missing defendants' addresses. Please add to SUMMONS IN A CIVIL ACTION ON THE FIRST AMENDED COMPLAINT

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

By: /s/ *Lori Muraoka*
*lori_muraoka@cacd.uscourts.gov*
Deputy Clerk

Date: June 6, 2026

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –