NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Angela P. Powell, State Bar No. 191876
amp@jones-mayer.com
Marina Samson, State Bar No. 315024
ms@jones-Mayer.com
JONES MAYER
3777 N. Harbor Boulevard
Fullerton, CA 92835
714-446-1400 - Tel.; 714-446-1448 - Fax

ATTORNEY(S) FOR: Defs County of Los Angeles, and Michael Carrill

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYTRELL SIMS, individually<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF LOS ANGELES; MICHAEL JEFFREY CARRILLO; and DOES 1-6, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-12022SRM(SKx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Defendants County of Los Angeles and Michael Jeffrey Carrillo
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| County of Los Angeles | Defendant |
| Michael Jeffrey Carrillo | Defendant |

| | |
|---|---|
| July 27, 2026 | /s/Marina Samson |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants County of Los Angeles and Michael Jeffrey Carrillo

CV-30 (05/13)                               **NOTICE OF INTERESTED PARTIES**