LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Brendan A. Johnson (SBN 366552)
bjohnson@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAYTRELL SIMS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:25-cv-12022-SRM-SK<br><br>Assigned to:<br>Hon. District Judge Serena R. Murillo<br>Hon. Magistrate Judge Steve Kim<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST FOR ORDER VACATING ALL DATES** |

COME NOW Plaintiff and all Defendants (“the Parties”) and hereby notify this Court that the Parties have reached a conditional settlement of this entire action.

1. The parties participated in settlement discussions and reached a settlement agreement on October 30, 2026.
2. The settlement is conditioned upon approval of the relevant Los Angeles County boards, including the Claims Board and Board of Supervisors, which is anticipated to take six months or more.

3. If the settlement is approved, then Plaintiff will file a stipulation to dismiss the entire action within ten business days of Plaintiff's receipt of the settlement funds.
4. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the approval of the settlement.

Respectfully submitted,

Dated: November 23, 2026

JONES MAYER

By: /s/ Marina Samson
Marina Samson
Attorney for Defendants, County of Los Angeles, and Michael Jeffrey Carrillo

Dated: November 23, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Brendan A. Johnson*
Dale K. Galipo
Brendan A. Johnson[1]
Attorney for Plaintiffs

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in its content and have authorized its filing.